```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

LUIS TORO,

              Plaintiff,

  - against -

WORN & WOUND, LLC,

             Defendant.

------------------------------------------------

23-cv-3100 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 8, 2023.

SO ORDERED.

Dated:    New York, New York
            May 25, 2023

                                              John G. Koeltl
                                        United States District Judge