UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUIS TORO,

                Plaintiff(s)

       -against-

WORN & WOUND, LLC,

                Defendant(s).
-----------------------------------------------------------X

23 civ 3100 (JGK)

## ORDER

A scheduling order having been entered on June 14, 2023,

The conference scheduled for August 8, 2023, at 4:30pm, is canceled.

**SO ORDERED.**

                                              JOHN G. KOELTL
                                UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        July 20, 2023