UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS TORO,

                Plaintiff,

    - against -

WORD & WOUND, LLC,

               Defendant.

23-cv-3100 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The pre-trial order was due November 6, 2023. The parties should show cause in writing by **November 28, 2023** why this case should not be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

Dated:    New York, New York
            November 9, 2023

                                          /s/ John G. Koeltl
                                        John G. Koeltl
                                        United States District Judge