UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS TORO,

                Plaintiff,

- against -

WORD & WOUND, LLC,

                Defendant.

23-cv-3100 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    On June 14, 2023, this Court endorsed the parties' Rule 26(f) report, with the agreed-upon deadline to file a pretrial order by November 6, 2023. See ECF No. 11. After that deadline elapsed, this Court extended the deadline and issued an Order directing the parties to show cause in writing by November 28, 2023 why this case should not be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41. See ECF No. 13.

    To date, the parties have made no such filing. Accordingly, this action is **dismissed without prejudice** for failure to prosecute. The Clerk is directed to close this case.

**SO ORDERED.**

Dated:    New York, New York
            November 30, 2023

                                              John G. Koeltl
                                        United States District Judge